**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 25-CR-40 (PP)
Case No. 25-CR-186 (JPS)

v.

DONTE V. PATTERSON,

Defendant.

---

**JOINT MOTION TO REASSIGN A RELATED CASE**

---

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Julie Stewart, Assistant United States Attorney for said district, and the defendant, Donte Patterson, through attorney Joshua Uller hereby jointly move the Court pursuant to Criminal Local Rule 13 for an order reassigning *United States v. Donte Patterson,* Case No. 25-CR-186-JPS (E.D. Wis.) to United States District Court Chief Judge Pamela Pepper, as it is related to *United States v. Donte Patterson,* Case No. 25-CR-40-PP (E.D. Wis.), which is currently pending before Judge Pepper. Because Judge Pepper is presiding over the lower-numbered case, this motion is directed to her attention.

In support of its motion, the parties state as follows:

1. On March 4, 2025, Mr. Patterson was indicted in this district on one count of carjacking, one count of Hobbs Act robbery, two counts of Brandishing a Firearm During a Crime of Violence, and one count of Felon in Possession of a Firearm, all in

violation of Title 18, United States Code, Sections 2119(1), 1951(a), 924(c)(1)(A)(ii), and 922(g). *See United States v. Donte V. Patterson*, No. 25-CR-40-PP (E.D. Wis.), ECF 1. Those charges relate to a series of robberies in Milwaukee on August 21, 2024.

2. On May 13, 2025, Patterson pled guilty to all counts in the Indictment filed in Case No. 25-CR-40-PP (E.D. Wis.). A written plea agreement was filed on the docket on May 14, 2025. *See* Case No. 25-CR-40-PP (E.D. Wis.), ECF 18. Sentencing in this case is currently scheduled for October 9, 2025.

3. On September 23, 2025, an Indictment and Superseding Information filed in the Northern District of Illinois (NDIL) were transferred, pursuant to Rule 20 (Consent to Transfer), to the Eastern District of Wisconsin. *See United States v. Donte Patterson*, 25-CR-186-JPS (E.D. Wis.). This case was randomly assigned to United States District Court Judge J.P. Stadtmueller. The NDIL Superseding Information charges Mr. Patterson with one count of Hobbs Act robbery, one count of carjacking, and one count of Brandishing a Firearm During a Crime of Violence. *See* Case No. 25-CR-186, ECF 1, Attachment 4. These charges relate to a series of robberies in Chicago on August 20, 2024, just a day before the Milwaukee robberies charged in this district.

4. The parties are prepared to file a signed Plea Addendum, which contemplates Mr. Patterson's guilty plea to all charges alleged in the NDIL Superseding Information. The Plea Addendum further modifies some of the terms of the Plea Agreement entered in Case No. 25-CR-40-PP (E.D. Wis.).

5. The handling of both cases by the same judge is likely to result in the overall saving of judicial resources, as the cases involve the same defendant, no other defendants,

and the parties are in a full resolution posture. The cases involve robberies committed over a two-day period. Reassignment of Case No. 25-CR-186 to Chief Judge Pepper would allow for the same judge to handle one sentencing hearing pursuant to the global resolution anticipated by the parties.

For all of these reasons, the United States requests that *United States v. Patterson,* Case No. 25-CR-186-JPS (E.D. Wis.) be reassigned to United States District Court Chief Judge Pamela Pepper, so that Patterson's two cases might be resolved simultaneously.

Respectfully submitted at Milwaukee, WI, this 23rd day of September, 2025.

RICHARD G. FROHLING
Acting United States Attorney

By: *s/ Julie F. Stewart*
JULIE F. STEWART
Assistant United States Attorney
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Suite 530
Milwaukee, WI 53202

*s/ Joshua Uller*
JOSHUA ULLER
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
of Wisconsin, Inc.
411 E. Wisconsin Avenue – Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: joshua_uller@fd.org
Attorney for Donte Patterson